**EDA**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1123**

In the Matter of                                                              Case Number:

Bassett
v.
Chicago State University, et.al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Geoffrey Bassett

**FILED**
**FEBRUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Luke A. Casson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Luke A. Casson |

| FIRM |
|---|
| Andreou & Casson, Ltd. |

| STREET ADDRESS |
|---|
| 661 W. Lake St., Suite 2N |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60661-1034 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6257881 | 312.935.2000/ 312.935.2001 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

**JUDGE SHADUR**
**MAGISTRATE JUDGE SCHENKIER**