UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GEOFFREY BASSETT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHICAGO STATE UNIVERSITY, ) <br> ELNORA D. DANIEL, President of Chicago ) <br> State University, WILLIAM SHAW, Chief of ) <br> Police for Chicago State University, NANCY ) <br> HALL-WALKER, General Counsel for ) <br> Chicago State University, ) <br> ) <br> Defendants. ) | CASE NO: 08 C 1123 <br><br> Judge Shadur <br><br> Magistrate Judge Schenkier <br><br> JURY TRIAL DEMANDED |

### NOTICE OF FILING

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on the **2nd day of July, 2008**, I will have caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division: **EXECUTED WAIVER OF SERVICE OF SUMMONS ON BEHALF OF (1) ELNORA D. DANIEL, (2) WILLIAM SHAW, and (3) NANCY HALL-WALKER,** copies of which are hereto attached.

ANDREOU & CASSON, LTD.
Attorneys for Plaintiff
661 West Lake Street, Suite 2N
Chicago, Illinois 60661
(312) 935-2000 / (312) 935-2001

### PROOF OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109, hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants of record, on this **2nd day of July, 2008.**

/s/ *Kevin J. Lahey*
Kevin J. Lahey