UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BASSETT, | ) |
| | ) |
| Plaintiff, | ) Case No.   08-cv-1123 |
| | ) |
| v. | ) Honorable Judge Shadur |
| | ) |
| CHICAGO STATE UNIVERSITY, *et al.*, | ) Mag. Judge Schenkier |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 20, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Shadur, or any judge sitting in his stead, in Courtroom 2303, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, IL 60604, and then and there present **Motion to Dismiss**, a copy of which has been served upon you, at which time and place you may appear.

LISA MADIGAN
**Illinois Attorney General**

Respectfully Submitted:
s/JAMES A. LANG
IL Bar 06211100
Assistant Attorney General
General Law Bureau
100 W Randolph St, 13th FL
Chicago IL  60601
Phone:    (312) 814-5694
Fax:       (312) 814-4425
jlang@atg.state.il.us

1

CERTIFICATE OF SERVICE

The above-signed, an attorney of record, hereby certifies that a copy of the foregoing document was served this August 14, 2008, upon the individuals identified below in the manner indicated.

LUKE A CASSON
ANDREOU & CASSON LTD
661 W LAKE ST  STE 2 N
CHICAGO IL  60661

VIA CM/ECF