**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Geoffrey Bassett
                               Plaintiff,

v.                                          Case No.: 1:08–cv–01123
                                                      Honorable Milton I. Shadur

Chicago State University, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2008:

       MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Opinion and Order. In summary, what has been said here should provide grist for the mill of discussion at the August 20 presentment date. If and to the extent that either side takes issue with what has been set out in this opinion, that can of course be an added basis for discussion.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.