# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| GEOFFREY BASSETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO: 08 C 1123 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| CHICAGO STATE UNIVERSITY, | ) | Magistrate Judge Schenkier |
| ELNORA D. DANIEL, President of Chicago | ) | |
| State University, WILLIAM SHAW, Chief of | ) | JURY TRIAL DEMANDED |
| Police for Chicago State University, NANCY | ) | |
| HALL-WALKER, General Counsel for | ) | |
| Chicago State University, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

**TO:**   All Counsel of Record

   PLEASE TAKE NOTICE that on the **15ᵗʰ day of August, 2008**, I will have caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division the attached **ATTORNEY APPEARANCE** for Plaintiff, GEOFFREY BASSETT.

ANDREOU & CASSON, LTD.
Attorneys for Plaintiff
661 West Lake Street, Suite 2N
Chicago, Illinois 60661
312.935.2000 / *312.935.2001*

### PROOF OF SERVICE

   The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109, hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants of record in this matter, on this 15ᵗʰ day of August, 2008.

   _/s/ **Kevin J. Lahey**_
   Kevin J. Lahey

1