# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Geoffrey Bassett

                                  Plaintiff,

v.                                                                      Case No.: 1:08–cv–01123
                                                                                 Honorable Milton I. Shadur

Chicago State University, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion to dismiss [13] is entered and continued to September 5, 2008 at 8:45 a.m. Motion hearing held on 8/20/2008 regarding motion to dismiss[13] Plaintiff is granted leave to file an Amended Complaint.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.