# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Geoffrey Bassett
                         Plaintiff,

v.                                      Case No.: 1:08–cv–01123
                                      Honorable Milton I. Shadur

Chicago State University, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 9/5/2008. Defendant's responsive pleading to the Amended Complaint is to be filed on or before September 26, 2008. Status hearing set for 10/3/2008 at 09:00 AM. The September 18 status date is vacated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.